UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>5100 ELM ROAD PASCO WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>    Defendant. | No. 2:12-CV-05147-RHW<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS CIVIL FORFEITURE COMPLAINT** |

Before the Court is the parties' Stipulated Motion to Dismiss Civil Forfeiture Complaint, **ECF No. 27**. The Court has reviewed the stipulated motion and is fully informed. This motion was decided without oral argument.

The parties jointly move the Court for an order dismissing the above-titled action pursuant to FED. R. CIV. P. 41(a)(2), with prejudice, and with each party to bear its own costs, fees, and other expenses. Neither party opposes the dismissal of this action. The United States no longer seeks judicial forfeiture of Defendant real property, as a settlement has been reached between Claimant Shanna French and the Tri-City Metro Drug Task Force regarding state forfeitures. ECF No. 27 at 2.

The Court finds there is good cause to grant this motion.

**ORDER GRANTING STIPULATED MOTION TO DISMISS CIVIL FORFEITURE COMPLAINT\* 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss Civil Forfeiture Complaint, **ECF No. 27**, is **GRANTED**.

2. The above entitled action is **DISMISSED WITH PREJUDICE**.

3. Each party shall bear its own costs, fees, and other expenses.

4. The United States shall release its lis pendens against the real property associated with this action.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and CLOSE this case.

**DATED** this 10th day of August, 2016.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS CIVIL FORFEITURE COMPLAINT\* 2**